HAZZARD *vs.* THE MAYOR, ETC., OF SAVANNAH.

Where, a verdict having been found for the plaintiff, the presiding judge granted a new trial, and on exception thereto, this court refused to control his discretion and pronounced the case "exceedingly weak," and where, upon a second trial, the jury found, on the same facts, a verdict for the plaintiff larger by seven hundred dollars than it was before, the presiding judge did not abuse his discretion in granting a second new trial.

(a.) It is the judgment granting a new trial to which exception is taken, and a reversal will not be granted, because the presiding judge stated that, in his judgment, under the facts, there could be no recovery.

Judgment affirmed.

January 6, 1885.

JACKSON, Chief Justice.

[A first new trial was granted in this case, and the judgment was affirmed by the Supreme Court at its September term, 1883. (72 *Ga.*, 205.) On its return, the jury found a verdict of $700.00 larger than before, and the court, on motion, granted a second new trial. Plaintiff again excepted.]